**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Kenneth Junior SMITH, Defendant–**
**Appellant.**

No. 13–6642.

United States Court of Appeals,
Fourth Circuit.

Submitted: Aug. 22, 2013.

Decided: Aug. 27, 2013.

Kenneth Junior Smith, Appellant pro se. Elizabeth Jean Howard, Assistant United States Attorney, Greenville, South Carolina, for Appellee.

Before MOTZ, DIAZ, and FLOYD, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Kenneth Junior Smith appeals the district court's denial of his Fed.R.Crim.P. 36 motion to clarify the oral pronouncement of his sentence. We have reviewed the record and find no reversible error. Accordingly, we affirm the denial of Smith's motion. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*